**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Matthew Douglas McConnell
Attorney at Law
1021 Coolidge Blvd.
Lafayette LA 70503

**REHEARING ACTION: February 22, 2017**

**Docket Number: 16   00611-WCA**

**MARION E. BARTLEY**
**VERSUS**
**GARDEN VIEW ASSISTED LIVING**

**Appealed from Office of Workers' Compensation - # 9 Case No. 14-08304**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Billy Howard Ezell**
   **D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marion E. Bartley** has this day been

   **DENIED.**
   Saunders, J., would grant the rehearing.

cc: Jeremy N. Morrow, Counsel for the Appellee